**STATE of Missouri, Respondent,**

v.

**Anthony SMITH, Appellant.**

**Nos. WD 49542, WD 51143.**

Missouri Court of Appeals,
Western District.

Feb. 20, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 2, 1996.

Application to Transfer Denied
May 28, 1996.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Philip M. Koppe, Assistant Attorney General, Kansas City, for respondent.

---

## ORDER

PER CURIAM:

Defendant–Appellant Anthony Smith appeals his convictions for attempted robbery in the first degree, § 564.011, RSMo 1986; § 569.020, RSMo Supp.1993, and armed criminal action, § 571.015, RSMo 1986, for which he was sentenced to consecutive terms of fifteen and thirty-five years, respectively. Mr. Smith also appeals the motion court's denial of his Rule 29.15 motion for postconviction relief without an evidentiary hearing.

We have reviewed the briefs of the parties and the record on appeal. Finding no reversible error, we affirm the convictions and denial of the post-trial motion. Because a published opinion reciting the detailed facts and restating the applicable principles of law would have no precedential value, we affirm by this summary order under Rules 30.25(b) and 84.16. In addition, the parties have been furnished with a memorandum opinion, for their information only, setting forth our reasoning.

Judgment affirmed. Rules 30.25(b) and 84.16(b).